Kym S. Cushing, Esq.
Nevada Bar No. 4242
Aryn M. Fitzwater, Esq.
Nevada Bar No. 8802
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
Tel.:  (702) 727-1400
Fax:  (702) 727-1401
Kym.Cushing@wilsonelser.com
Aryn.Fitzwater@wilsonelser.com
Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

Jesse M. Sbaih, Esq.
Ines Olevic-Saleh, Esq.
JESSE SBAIH & ASSOCIATES, LTD.
The District at Green Valley Ranch
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
702-896-2529
702-896-0529 fax
Attorneys for Plaintiff
ISAM ABUNADI

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISAM ABUNADI,<br><br>           Plaintiff,<br><br>       v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA doing business as CIGNA GROUP INSURANCE, DOES I to X, inclusive,<br><br>           Defendants. | CASE NO.  2:11-cv-01492-LDG-GWF<br><br>**STIPULATION OF THE PARTIES FOR AN ORDER STAYING PROCEEDINGS FOR 90 DAYS** |

Plaintiff Isam Abunadi ("Plaintiff") and Defendant Life Insurance Company of North America ("LINA"), erroneously sued herein as "Life Insurance Company of North America doing business as CIGNA Group Insurance (Plaintiff and LINA referred to hereinafter as "the Parties"), by and through their respective undersigned counsel of record, hereby submit the following stipulation for an order staying proceedings for 90 days for good cause as follows:

---

1

STIPULATION OF THE PARTIES FOR AN ORDER STAYING PROCEEDINGS FOR 90 DAYS

767223.1

LINA is in the process of adjudicating plaintiffs claims for benefits. Therefore, LINA has asserted that Plaintiff's lawsuit is not ripe. On the other hand, Plaintiff contends that the lawsuit is indeed ripe.

Nonetheless, at this time, the Parties have stipulated to a 90 day continuance of the proceedings to give LINA time to conclude its review of the claims, and if necessary, conduct an appeal of the decision. The Parties believe a stay of proceedings will preserve both litigation and judicial resources. Therefore, the Parties respectfully request that this Court issue an order staying the proceedings for 90 days from the date of said order.

RESPECTFULLY SUBMITTED:

DATED this 7th day of November, 2011.    DATED this 7th day of November, 2011.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

___/s/ Aryn M. Fitzwater_____
KYM CUSHING
Nevada Bar No. 4242
ARYN M. FITZWATER
Nevada Bar No. 8802
**300 South 4th Street, 11th Floor**
**Las Vegas, NV 89101-6014**
(702) 727-1400; Fax (702) 727-1401
Michael.Edwards@wilsonelser.com
Aryn.Fitzwater@wilsonelser.com
Attorneys for Defendants
Life Insurance Company of North America
and National Employee Benefit
Companies, Inc.

**JESSE SBAIH & ASSOCIATES, LTD.**

___/s/ Jesse M. Sbaih_____
JESSE M. SBAIH, ESQ.
Nevada Bar No. 7898
Ines Olevic-Saleh
Nevada Bar No. 11431
The District at Green Valley Ranch
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
702-896-2529
702-896-0529 fax

**IT IS SO ORDERED:**

_____
**DISTRICT COURT JUDGE**
**DATED**: 16 Nov 2011

2
STIPULATION OF THE PARTIES FOR AN ORDER STAYING PROCEEDINGS FOR 90 DAYS

767223.1