# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISAM ABUNADI, | )<br>) |
| Plaintiff, | ) Case No. 2:11-cv-1492-LDG-GWF<br>) |
| vs. | ) **ORDER**<br>) |
| | ) Motion to Strike Jury Demand (#12) |
| LIFE INSURANCE COMPANY OF,<br>NORTH AMERICA, | )<br>)<br>) |
| Defendants. | ) |

This matter comes before the Court on Defendant Life Insurance Company of North America, Inc.'s Motion to Strike Plaintiff's Jury Demand (#12), filed on October 4, 2011 and Plaintiff's Notice of Non-Opposition to Defendant's Motion to Strike Jury Demand (#27), filed on April 20, 2012. Defendant argues that Plaintiff's jury demand must be stricken because Plaintiff's claim is governed by the Employee Retirement Income Security Act, which does not allow Plaintiff's claim to be tried before a jury. Plaintiff does not oppose Defendant's motion. The Court will therefore grant Defendant's request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Life Insurance Company of North America, Inc.'s Motion to Strike Plaintiff's Jury Demand (#12) is **granted**. Plaintiff's jury demand shall be **stricken**.

DATED this 24th day of April, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge