UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ISAM ABUNADI, | |
| Plaintiff, | Case No. 2:11-cv-1492-LDG-GWF |
| vs. | **ORDER** |
| LIFE INSURANCE COMPANY OF, NORTH AMERICA, | Motion for Removal from CMECF Service List (#41) |
| Defendants. | |

This matter comes before the Court on Defendant's Notice of Change of Counsel and request for Removal from Service List (#41), filed on May 22, 2012. The law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP requests the Court remove attorney Aryn Fitzwarer from the service list as he is no longer employed by the law firm and no longer attorney of record in this case. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Notice of Change of Counsel and request for Removal from Service List (#41) is **granted**. The Clerk of the Court shall remove Aryn M. Fitzwater, Esq. from the CM/ECF service list.

DATED this 23rd day of May, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge