# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISAM ABUNADI, | 2:11-cv-01492-LDG-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Defendant's motion to dismiss (#11) brought pursuant to Fed. R. Civ. P. 12(b)(6) challenges whether the plaintiff's complaint states "a claim upon which relief can be granted." FRCP 12(b)(6). As summarized by the Supreme Court, a plaintiff must allege "only enough facts to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly,* 550 U.S. 544, 570 (2007). Nevertheless, while a complaint "does not need detailed factual allegations, a plaintiff's obligations to provide the 'grounds' of his 'entitle[ment] to relief' requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Id.* (citations omitted). In deciding whether the factual allegations state a claim, the court accepts those allegations as true, as "Rule 12(b)(6) does not countenance . . . dismissals based on a judge's disbelief of a complaint's factual allegations." *Neitzke v. Williams,* 490 U.S. 319, 327 (1989). Further, the court "construe[s] the pleadings in the light most favorable to the nonmoving party." *Outdoor Media Grp., Inc. v. City of Beaumont,* 506 F. 3d 895, 900 (9th Cir. 2007).

Plaintiff alleges in his complaint that defendant failed to provide coverage and benefits due to the plaintiff after plaintiff was involved in a serious car accident and suffered severe injuries. Defendant's motion to dismiss argues that plaintiff has failed to exhaust his administrative remedies since defendant's ruling on the insurance claims filed by the plaintiff is still pending. Plaintiff responds to defendant's motion to dismiss by alleging that defendant has violated the time periods for resolving an insurance claim under the Employment Retirement Income Security Act (ERISA), 29 C.F.R § 2560.503-1 *et seq.* Due to the factual nature of the exhaustion analysis, the arguments raised by defendant in its motion to dismiss need to be addressed in a summary judgment context. Accordingly,

THE COURT HEREBY ORDERS that defendant's motion to dismiss (#11) is DENIED.

Dated this ____ day of August, 2012.

_____
Lloyd D. George
United States District Judge