1  Kym S. Cushing, Esq.
   Nevada Bar No. 4242
2  Reed J. Werner, Esq.
   Nevada Bar No. 9221
3  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
4  300 South 4th Street, 11th Floor
   Las Vegas, NV 89101
5  Tel.: (702) 727-1400
   Fax: (702) 727-1401
6  Kym.Cushing@wilsonelser.com
   Reed.Werner@wilsonelser.com
7  Attorneys for Defendant
8  LIFE INSURANCE COMPANY
   OF NORTH AMERICA

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ISAM ABUNADI, | CASE NO. 2:11-cv-01492-LDG-GWF |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| LIFE INSURANCE COMPANY OF NORTH AMERICA doing business as CIGNA GROUP INSURANCE, DOES I to X, inclusive, | FRCP 41(a)(2) |
| Defendants. | |

Plaintiff Isam Abunadi ("Plaintiff"), and defendant Life Insurance Company of North America ("LINA"), through their attorneys of record, HEREBY STIPULATE that the above-captioned matter and all claims of relief therein can be dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim.  Each party to bear its own

1
STIPULATION OF THE PARTIES FOR AN ORDER OF DISMISSAL WITH PREJUDICE
447792.1

1 | fees and costs.

RESPECTFULLY SUBMITTED:

DATED this 10th day of December, 2012.   DATED this 10th day of December, 2012.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ (signature)*

KYM CUSHING
Nevada Bar No. 4242
REED WERNER
Nevada Bar No. 9221
**300 South 4th Street, 11th Floor**
**Las Vegas, NV 89101-6014**
(702) 727-1400; Fax (702) 727-1401
Michael.Edwards@wilsonelser.com
Reed.Werner@wilsonelser.com
Attorneys for Defendants
Life Insurance Company of North America

**JESSE SBAIH & ASSOCIATES, LTD.**

*/s/ Jesse Sbaih*

JESSE M. SBAIH, ESQ.
Nevada Bar No. 7898
Ines Olevic-Saleh
Nevada Bar No. 11431
The District at Green Valley Ranch
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
702-896-2529
702-896-0529 fax

IT IS SO ORDERED.
DATED: 12 Dec 2012

*(signature)*
U.S. DISTRICT COURT JUDGE

---

2
STIPULATION OF THE PARTIES FOR AN ORDER OF DISMISSAL WITH PREJUDICE

447792.1