Kym S. Cushing, Esq.
Nevada Bar No. 4242
Reed J. Werner, Esq.
Nevada Bar No. 9221
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
Tel.: (702) 727-1400
Fax: (702) 727-1401
Kym.Cushing@wilsonelser.com
Reed.Werner@wilsonelser.com
Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ISAM ABUNADI, | CASE NO. 2:11-cv-01492-LDG-GWF |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| LIFE INSURANCE COMPANY OF NORTH AMERICA doing business as CIGNA GROUP INSURANCE, DOES I to X, inclusive, | FRCP 41(a)(2) |
| Defendants. | |

Plaintiff Isam Abunadi ("Plaintiff"), and defendant Life Insurance Company of North America ("LINA"), through their attorneys of record, HEREBY STIPULATE that the above-captioned matter and all claims of relief therein can be dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own

---

1
STIPULATION OF THE PARTIES FOR AN ORDER OF DISMISSAL WITH PREJUDICE
447792.1

1  fees and costs.

2  RESPECTFULLY SUBMITTED:

3

4  DATED this 10th day of December, 2012.   DATED this 10th day of December, 2012.

*(handwritten signatures)*

**WILSON, ELSER, MOSKOWITZ,**  **JESSE SBAIH & ASSOCIATES, LTD.**
**EDELMAN & DICKER LLP**

 /s/ Jesse Sbaih

KYM CUSHING   JESSE M. SBAIH, ESQ.
Nevada Bar No. 4242   Nevada Bar No. 7898
REED WERNER   Ines Olevic-Saleh
Nevada Bar No.9221   Nevada Bar No. 11431
**300 South 4th Street, 11th Floor**   The District at Green Valley Ranch
**Las Vegas, NV 89101-6014**   170 S. Green Valley Pkwy., Suite 280
(702) 727-1400; Fax (702) 727-1401   Henderson, Nevada 89012
Michael.Edwards@wilsonelser.com   702-896-2529
Reed.Werner@wilsonelser.com   702-896-0529 fax
Attorneys for Defendants
Life Insurance Company of North America

IT IS SO ORDERED.
DATED: 12 Dec 2012

_____
U.S. DISTRICT COURT JUDGE

---

STIPULATION OF THE PARTIES FOR AN ORDER OF DISMISSAL WITH PREJUDICE

447792.1